ABRAHAM TODISS, *ET AL.*, PLAINTIFFS-PETITIONERS, v. HENRY GARRUTO, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 34 *N. J. Super.* 333.

*Mr. Raymond L. Siris* and *Mr. Irvin M. Lichtenstein* for the petitioners.

*Mr. Bruce A. Wallace* and *Mr. Warren C. Douglas* for the respondents.

June 20, 1955.   Denied.